No. 671. LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, PETITIONER, *v.* GEORGE H. McFADDEN ET AL.

November 29, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederick B. Campbell* for petitioner. *Mr. John G. Johnson* for respondent.

---

